FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Guzik Technical Enterprises _____ v. _Western Digital Corporation_

No. _14-1421_

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[  ] Pro Se     [✓] As counsel for:     Guzik Technical Enterprises, Inc.
                                         Name of party

I am, or the party I represent is (select one):

[  ] Petitioner     [  ] Respondent     [  ] Amicus curiae     [  ] Cross Appellant
[✓] Appellant       [  ] Appellee        [  ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[  ] Petitioner or appellant     [  ] Respondent or appellee

My address and telephone are:

Name:                  Daniel E. Alberti
Law firm:              McDermott Will & Emery LLP
Address:               275 Middlefield Road, Suite 100
City, State and ZIP:   Menlo Park, CA 94025
Telephone:             650-815-7400
Fax #:                 650-815-7401
E-mail address:        dalberti@mwe.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[  ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[  ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _July 27, 2004_

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[  ] Yes     [✓] No

[  ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_May 2, 2014_                         _/s/ Daniel E. Alberti_
Date                                  Signature of pro se or counsel

cc: _____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | May 2, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| M. Miller Baker | /s/ M. Miller Baker |
| Name of Counsel | Signature of Counsel |

Law Firm | McDermott Will & Emery LLP

Address | 500 North Capitol Street, NW

City, State, ZIP | Washington, DC 20001

Telephone Number | (202) 756-8000

FAX Number | (202) 756-8087

E-mail Address | mbaker@mwe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.