**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Guzik Technical Enterprises   v.   Western Digital Corporation

No. 14-1421

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Guzik Technical Enterprises, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: A. Marisa Chun
Law firm: McDermott Will & Emery LLP
Address: 275 Middlefield Road, Suite 100
City, State and ZIP: Menlo Park, CA 94025
Telephone: 650-815-7400
Fax #: 650-815-7401
E-mail address: mchun@mwe.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 25, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

May 2, 2014                           /s/ A. Marisa Chun
    Date                              Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on　May 2, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　　(by email or CM/ECF)

| M. Miller Baker | /s/ M. Miller Baker |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm　McDermott Will & Emery LLP

Address　500 North Capitol Street, NW

City, State, ZIP　Washington, DC 20001

Telephone Number　(202) 756-8000

FAX Number　(202) 756-8087

E-mail Address　mbaker@mwe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.