# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

May 06, 2014

To: M. Miller Baker

Re: Appeal No. 14-1421, Guzik Technical Enterprises v. Western Digital Corporation

Dear Counsel:

The record of this case indicates that the filing fee has not been paid and is now overdue; due 5/2/14.

The district court indicated on the docket that they billed you for the fee on 4/16/14 (entry 562) for the notice of appeal to the Federal Circuit filed 4/14/2014 (entry 560). If you in fact paid the fee with the district court, you must notify them and have them send us an updated docket sheet reflecting the fee being paid. If the fee is still outstanding, please take care of that as soon as possible with the district court.

We would appreciate your prompt attention to this matter or your case could be dismissed for default.

Very truly yours,

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court