**2014-1421**

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

―――――――――――――――――――――

**GUZIK TECHNICAL ENTERPRISES, INC.**

*Plaintiff-Appellant,*

**v.**

**WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL (FREMONT), INC., WESTERN DIGITAL (THAILAND) COMPANY LTD., AND WESTERN DIGITAL (MALAYSIA) SDN.BHD.**

*Defendants-Appellees.*

―――――――――――――――――――――

Appeal from the United States District Court for the Northern District of California in Case No. 5:11-cv-03786-PSG, Judge Paul S. Grewal

―――――――――――――――――――――

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEF**

―――――――――――――――――――――

Appellees Western Digital Corporation, Western Digital Technologies, Inc., Western Digital (Fremont), Inc., Western Digital (Thailand) Company Ltd., and Western Digital (Malaysia) Sdn.Bhd. respectfully move for a 14-day extension of time within which to file their response brief. *See* Fed. R. App. P. 26(b); Fed. Cir. R. 26(b). Appellees' response brief is currently due on July 31, 2014, and, with the requested extension, would be due on August 14, 2014. No extensions have

previously been granted to Appellees in this case. This motion is timely filed more than seven days before Appellees' brief is currently due. Fed. Cir. R. 26(b)(1).

There is good cause for the requested extension. Lead counsel for Appellees has a number of briefs, hearings, and other professional obligations requiring substantial time and attention over the upcoming weeks.

Therefore, Appellees respectfully request that the Court grant this motion to extend the time to file Appellees' response brief to August 14, 2014. Counsel for Appellant has been consulted. Appellant consents to this motion and does not intend to file a response.

| | |
|---|---|
| Dated: July 17, 2014 | Respectfully submitted, |

 /s/  *Douglas E. Lumish*
Douglas E. Lumish
Richard G. Frenkel
Michelle P. Woodhouse
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025-1008
(650) 328-4600

James L. Day
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
(415) 391-0600

*Counsel for Appellees*
*Western Digital Corporation et al.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Guzik Technical Enterprises v. Western Digital Corporation *et al.*

No. 2014-1421

## CERTIFICATE OF INTEREST

Counsel for Appellees Western Digital Corporation *et al.* certifies the following:

1.   The full name of every party or amicus represented by me is:

Western Digital Corporation; Western Digital Technologies, Inc.; Western Digital (Fremont), Inc.; Western Digital (Thailand) Company Ltd.; and Western Digital (Malaysia) Sdn.Bhd.

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A.

3.   All parent corporations and any publicly held companies that own 10 percent or more of stock of the party or amicus curiae represented by me are:

Western Digital Corporation ("WDC") has no parent corporation and no publicly held company owes 10% or more of its stock. Western Digital Technologies ("WDT") is a wholly owned subsidiary of WDC. Western Digital (Fremont) is a wholly owned subsidiary of WDT. Western Digital (Thailand) and Western Digital (Malaysia) are both wholly owned subsidiaries of Western Digital Ireland Ltd.

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

**Latham & Watkins LLP**: Douglas E. Lumish, Richard G. Frenkel, Steven M. Bauer, James L. Day, Michelle P. Woodhouse, Gavin Masuda, Katherine M. Schon, and Michelle R. Ma;

**Formerly of Latham & Watkins LLP**: Mariam Missaghi, Mohith R. Julapalli, and Svetlana M. Berman formerly of Latham & Watkins LLP; and

**Harrison and Walker LLP**: Reynaldo C. Barcelo and Joshua C. Harrison.

Dated:  July 17, 2014                                    Respectfully submitted,


  /s/  *Douglas E. Lumish*
Douglas E. Lumish
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025-1008
(650) 328-4600

*Counsel for Appellees*
*Western Digital Corporation et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2014, I electronically filed the foregoing Appellees' Unopposed Motion For Extension Of Time To File Their Response Brief with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Douglas E. Lumish*
Douglas E. Lumish